# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

RE:  CHAPTER 13

ROBERT L. HARRIS, III
AND
DREMA C. HARRIS

DEBTORS  CASE NO. 10-30436

## MOTION TO MODIFY PLAN

Come the Debtors, Robert and Drema Harris, by Counsel, and pursuant to 11 U.S.C. 1329, respectfully moves this Honorable Court for an Order allowing the Debtors to modify their Chapter 13 Plan by decreasing their Plan payments from $230.00 weekly for sixty months – 43% to $350.00 bi-weekly for sixty months, until all Creditors receive 14% of their allowed claims.

As grounds for their Motion, the Debtors state as follows:

1. The within Chapter 13 Petition was filed on January 29, 2010. The confirmed Plan requires the Debtors to pay $231.00 weekly for sixty months by wage deduction until all Creditors receive 43% of their allowed claims.

2. When the Chapter 13 Petition was filed, the Debtor, Robert Harris, was employed at Anheuser Busch as a driver. As a result of a lack of work, Anheuser Busch laid off several employees, including the Debtor. The Debtor will now be receiving unemployment which will be substantially less than his regular weekly pay.

3. As a result of Robert losing his job, Drema will now have to pay for all of the family's health insurance which will be an added expense from her gross pay.

4. As a result of the above, the Debtors can no longer afford to pay their current Chapter 13 payments as well as their mortgage payment.

5. Debtors attach hereto and make a part hereof by reference their Amended Schedules I and J.

6. The Debtors are current with their Chapter 13 payments since they have been automatically deducted from Robert's pay. To date, the Debtors have paid into their Plan approximately $6.026.00

7. Attorney for the Debtors respectfully moves the Court for an additional award of attorney's fees in the amount of $150.00 for his time in preparing this Motion.

Wherefore, the Debtors respectfully move this Honorable Court to modify their Chapter 13 Plan.

Respectfully Submitted,

/S/ Marc H. Levy\_\_\_\_\_
Marc H. Levy
Counsel for Debtors
440 South Seventh Street, Suite 200
Louisville, Kentucky 40203-1967
(502) 583-5023

## VERIFICATION

The statements in the foregoing Motion are true to the best of my knowledge and belief.

/S/ Robert Harris\_\_\_\_\_         /S/ Drema Harris\_\_\_\_\_
**DEBTOR**                        **DEBTOR**

## CERTIFICATE

This is to certify that a true and exact copy of the foregoing Motion to Modify Plan and Order has been duly served upon the following parties, by ordinary US mail or via electronic filing this 5th day of August, 2010, to: William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 South Seventh Street, Louisville, Kentucky 40202 and the Debtors.

/S/ Marc H. Levy\_\_\_\_\_
Marc H. Levy

\\MARC\fromKelly\Marc's Work\Harris, Robert and Drema 08-04-10 Motion to Modify.doc