UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

RE:  CHAPTER 13

ROBERT L. HARRIS, III
AND
DREMA C. HARRIS

DEBTORS  CASE NO. 10-30436

## ORDER MODIFYING PLAN

Upon Motion of the Debtors, Robert and Drema Harris, by Counsel, and the Court hereby finding that due to economic conditions beyond the Debtors' control, that the Debtors are now receiving substantially less income than they were when the Chapter 13 Petition was filed, and the Court further finding that the best interest of the Debtors and Creditors will be served by a modification of the Debtors' Plan, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plan of the Debtors be, and the same is hereby modified by requiring the Debtors to pay the sum of *$350.00 bi-weekly* to the Trustee for such time, not to exceed sixty months, as is required to pay all Creditors *14%* of their allowed claims.

The Trustee is instructed to issue a Wage Deduction Order to the employer of Drema Harris in the amount of $350.00 bi-weekly. Said employer is Humana.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion of Attorney Marc H. Levy for an award of an additional attorney's fees in the amount of $150.00 is hereby granted. The Trustee is to pay said $100.00 to Marc H. Levy as soon as said funds become available.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 31, 2010

TENDERED BY:

/S/ Marc H. Levy_____
Marc H. Levy
Counsel for Debtors
440 South Seventh Street, Suite 200
Louisville, Kentucky 40203-1967
(502) 583-5023